**Wolters Kluwer**

**CT Corporation**
**Service of Process Notification**
06/22/2022
CT Log Number 541787616

## Service of Process Transmittal Summary

| | |
|---|---|
| **TO:** | KIM LUNDY- EMAIL<br>Walmart Inc.<br>GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200<br>BENTONVILLE, AR 72712-3148 |
| **RE:** | **Process Served in Ohio** |
| **FOR:** | Sam's West, Inc. (Domestic State: AR) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: Carol J. Flores and Ralph L. Flores // To: Sam's West, Inc. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Richland County Court of Common Pleas, OH<br>Case # 2022CV0283N |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 07/05/2020, at 1070 N. Lexington- Springmill Road in Ontario, County of Richland, Ohio |
| **PROCESS SERVED ON:** | C T Corporation System, Columbus, OH |
| **DATE/METHOD OF SERVICE:** | By Traceable Mail on 06/22/2022 postmarked on 06/15/2022 |
| **JURISDICTION SERVED:** | Ohio |
| **APPEARANCE OR ANSWER DUE:** | Within 28 days after service, exclusive of the day of service |
| **ATTORNEY(S)/SENDER(S):** | Melanie S Fahey<br>Rinehardt Law Firm<br>2404 Park Avenue West<br>Mansfield, OH 44906<br>419-529-2020 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/22/2022, Expected Purge Date: 07/02/2022<br><br>Image SOP |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>4400 Easton Commons Way<br>Suite 125<br>Columbus, OH 43219<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT



Page 1 of 2



**CT Corporation**
**Service of Process Notification**
06/22/2022
CT Log Number 541787616

disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



US POSTAGE

quadient
FIRST-CLASS MAIL
IMI
$007.53⁰
06/15/2022  ZIP 44903
043M32205648

CERTIFIED MAIL®

9434 7266 9904 2136 0760 72

RICHLAND COUNTY CLERK

P.O. BOX 127 • MANSFIELD, OH 44901

RETURN SERVICE REQUESTED

2022 CV 0283 N
9414726699042186076072

SAMS WEST INC
DBA SAMS CLUB  C/O CT CORPORATION SYSTEM
4400 EASTON COMMONS WAY SUITE 125
COLUMBUS, OH 43215

4321946223 C015

SUMMONS
Richland County Common Pleas Court of Ohio

CAROL J FLORES

CASE: 2022 CV 0283 N

VS

SAMS WEST INC

## SAMS WEST INC
## DBA SAMS CLUB  C/O CT CORPORATION SYSTEM
## 4400 EASTON COMMONS WAY SUITE 125
## COLUMBUS,OH 43215

You have been named Defendant (s) in a complaint filed in Richland County Court of Common Pleas, 50 Park Ave East, Mansfield, Ohio by

CAROL J FLORES
119 EDGEWOOD DRIVE
GALION,OH  44833

Plaintiff (s). A copy of the Complaint is attached hereto. The name and address of the Plaintiff's Attorney is,

MELANIE S FAHEY
RINEHARDT LAW FIRM
2404 PARK AVENUE WEST
MANSFIELD,OH 44906

You are hereby summoned and required to serve upon the Court, your answer to the complaint within **28 days** after service of this summons on you, exclusive of the day of service. You must also serve a copy of the answer upon the Plaintiff's Attorney, or upon the Plaintiff, if he/she has no Attorney of record within 3 days after filing the Answer with the Court.

If you fail to appear and defend, judgment by default will be rendered against you for the relief demanded in the complaint.

June 15, 2022

LINDA H FRARY
CLERK, COURT OF COMMON PLEAS

By:

B. Dalton

Deputy Clerk

******SUMMONS SENT BY REGULAR MAIL AS INSTRUCTED, ON DATE ABOVE. PER CIV. R. 4.6(D), YOUR ANSWER DATE IS:

SHERIFF'S RETURN
Service and Return:      $
Mileage                  $
TOTAL                    $

How Served: (Mail  /  Person)
When Served:

Sheriff

Cvsum01

IN THE RICHLAND COUNTY COMMON PLEAS COURT

RICHLAND COUNTY
CLERK OF COURTS
FILED

2022 JUN 13 P 2: 58

LINDA H. FRARY
CLERK OF COURTS

Carol J. Flores
119 Edgewood Drive
Galion, OH 44833                    :

      and                      :

Ralph L. Flores
119 Edgewood Drive
Galion, OH 44833                    :

    Plaintiffs,          :

    vs.                       :

Sam's West, Inc
dba Sam's Club
c/o Statutory Agent CT Corporation System
4400 Easton Commons Way Suite 125
Columbus OH 43219

    Defendant.          :

        . . . . . .

CASE NO. 22CV283

# NAUMOFF

**COMPLAINT - JURY DEMAND
ENDORSED HEREON**

I, Linda H. Frary, Clerk of Courts
Richland County, Ohio, hereby certify that
the foregoing is a true and correct copy of the

COMPLAINT

filed with me    6-13-22

B. DALTON

Deputy Clerk of Courts

## COUNT ONE

1.      Defendant Sam's West Inc dba Sam's Club is a corporation or other business entity

duly organized and doing business in the State of Ohio and at all times relevant hereto, either in

whole or in part, operated the store and/or maintained the business premises known as Sam's Club,

located at 1070 N. Lexington-Springmill Road, in the City of Ontario, County of Richland, State of

Ohio.

2.      On or about July 5, 2020, Plaintiff Carol J. Flores was a business invitee of

Defendant and went to the above-described business premises known as Sam's Club, located at

1070 N. Lexington-Springmill Road in Ontario, Ohio.

3.      At the above time and place, Defendant Sam's West Inc dba Sam's Club knew of water having accumulated on the floor located in the shelving area in the back of the store. Defendant knew or should have known of the existence of the water but chose not remedy or warn of such dangerous condition.  The water on the floor at this location made the floor slippery and created an invisible slip and fall hazard to its customers.  The water was not reasonably detectable to a person using ordinary care and created an unreasonable risk of bodily injury to invitees traversing that area of the merchandise.

4. The water on the Defendant's floor constituted an unreasonably dangerous condition and Defendant was negligent in that, acting through its employees, created the condition and it failed to remedy the dangerous condition and failed to warn its customers of the presence of such dangerous condition.

5. On said date as Plaintiff Carol J. Flores was shopping at the back of the store looking up on the shelves for a certain item.  Plaintiff Carol J. Flores fell to the ground in a split-like style as her foot came into contact with the water.  Plaintiff Carol J. Flores was unaware of the presence of the water and in fact such condition was invisible to her.

6.      As a direct and proximate result of the negligence of the Defendant, Plaintiff Carol J. Flores sustained multiple severe injuries, including

- Hamstring injury, right
- Contusion of left knee
- Strain of muscle, fascia and tendon of right hip
- Strain of unspecified muscles, fascia and tendons at thigh level, right thigh
- Low back pain
- Strain of muscle, fascia and tendon of lower back
- Contusion of right hip
- Sprain of unspecified site of right knee
- Intervertebral disc disorders with radiculopathy, lumbar region
- Myalgia, other site - myofascial pain
- Radiculopathy, sacral and sacrococcygeal region
- Lumbar pain with right leg radiculopathy

- Primary insomnia
- Chronic pain syndrome
- Lumbar facet arthropathy

suffered pain of mind and of body and was otherwise injured. A portion of said injuries are permanent and continuing.

7. As a direct and proximate result of the negligence of the Defendant, Plaintiff Carol J. Flores has incurred medical expenses and it is reasonably certain that further such expenses will be incurred in the future.

8. As a direct and proximate result of the negligence of Defendant, Plaintiff Carol J. Flores has suffered loss of income.

## COUNT TWO

9. Plaintiffs restate the statements and allegations contained in Paragraphs One through Nine as if fully rewritten herein.

10. At all times relevant hereto, Plaintiff Ralph L. Flores and Plaintiff Carol J. Flores were and are husband and wife.

11. As a direct and proximate result of the negligence of the Defendant, Plaintiff Ralph L. Flores has been deprived of the services, society and companionship of Plaintiff Carole J. Flores and it is reasonably certain that Plaintiff Ralph L. Flores will suffer further loss of consortium in the future.

WHEREFORE, Plaintiffs Carol J. Flores and Ralph L. Flores demand judgment against Defendant in such amount in excess of Twenty-Five Thousand and 00/100 Dollars ($25,000.00) as will reasonably compensate for the damages suffered as set forth above.

Plaintiffs further demand an award of costs, interest and such other relief as the Court deems just.

Respectfully submitted,

John K. Rinehardt (0037394)
Melanie S. Fahey (0062118)
Rachel A. Rinehardt (0097825)
Rinehardt Law
2404 Park Ave West
Mansfield, OH  44906
(419) 529-2020,  fax (419) 529-2717
john@lawfirm2020.com
melanie@lawfirm2020.com
rachel@lawfirm2020.com
Attorney for Plaintiffs

## JURY DEMAND

Plaintiffs respectfully demand trial by jury.

Attorney for Plaintiffs